# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CAROL ANN RHOADS**                                                                    **PLAINTIFF**

**v.**                          **Case No. 4:14-cv-00315 KGB**

**STANDARD INSURANCE COMPANY**                                              **DEFENDANT**

## ORDER

    Plaintiff Carol Ann Rhoads has informed the Court that this matter has settled (Dkt. No. 32). Ms. Rhoads moves the Court to dismiss this action with prejudice and without costs. For good cause shown, the Court grants plaintiff's motion to dismiss this action and hereby dismisses with prejudice the complaint and all claims in this action against defendant Standard Insurance Company. Each party will bear his or her own costs and fees incurred in the litigation. All pending motions are hereby denied as moot.

    SO ORDERED this 20th day of March, 2015.

_____
Kristine G. Baker
United States District Judge